## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| William Boykin, *et al.*   ) | Civil Action No. 10-01790 (PLF) |
|    ) | |
|   Homeless persons living on   ) | |
|   the streets of the District of Columbia   ) | |
|    ) | |
|        PLAINTIFFS   ) | |
|   vs.   ) | |
|    ) | |
| Adrian Fenty,   ) | |
| in his Individual and Official Capacities   ) | |
| 1350 Pennsylvania Avenue, NW   ) | |
| Washington, DC 20004   ) | |
|    ) | |
|        DEFENDANT   ) | |

Upon consideration of Plaintiffs' response to Defendant's Motion to Dismiss and Motion for a Summary Judgment, it is hereby ordered that, on this _____ day of _____,

Defendant's Motion for Summary Judgment is **DENIED**

Defendant's Motion to Dismiss is **DENIED**.

 

_____

Paul L. Friedman

United States District Court Judge